EUGENE F. McKENNA, Respondent, v. FILOMENA LUIERE, Appellant.— Order

affirmed, with ten dollars costs and disbursements. No opinion. Kelly, P. J., Rich, Jaycox, Manning and Kapper, JJ., concur.